## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLORADO

Civil Action No. l:22-cv-01423-WJM-MDB

**BRAND Q, INC.**, a California corporation, Plaintiff,

v.

**ALL ABOUT UNIFORMS, INC.,** a Colorado corporation d/b/a Best Tuxedo and DOES 1-10, Defendants.

## NOTICE OF ENTRY OF APPEARANCE

COMES NOW Jeanette M. Braun, Esq. of the law firm of Braun IP Law, LLC, and hereby enters her appearance on behalf of Defendant All About Uniforms, Inc. d/b/a Best Tuxedo.

Dated this 13th day of February 2024.

        Respectfully submitted,

        **BRAUN IP LAW, LLC**

        By:   *S/Jeanette M. Braun*
              Jeanette M. Braun
              1600 W. Lake Street
              Suite 103B
              Addison, IL 60101
              Telephone: (312) 373-0330
              Email: docket@brauniplaw.com

              *Attorney for Defendant All About Uniforms, Inc. DBA Best Tuxedo*

## CERTIFICATE OF SERVICE

      I, the undersigned, hereby certify that in this 13th day of February 2024, a copy of the foregoing **NOTICE OF ENTRY OF APPEARANCE** was e-filed via the CM/ECF system which will send notification of such filing to the following counsel of record:

**James Juo, Esq.**
THOMAS P. HOWARD, LLC
842 W. South Boulder Road, #100
Louisville, CO 80027
Tel. (303) 665-9845
Email: jjuo@thowardlaw.com

**Stephen M. Doniger, Esq.**
**Kelsey M. Schultz, Esq.**
DONIGER/BURROUGHS
603 Rose Avenue
Venice, CA 90291
Tel. (310) 590-1820
Email: stephen@donigerlawfirm.com
        kschultz@donigerlawfirm.com

*Attorneys for Plaintiff*

                                           *s/Jeanette M. Braun*
                                           *Jeanette M. Braun, Esq.*