**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-01423-WJM-MDB

BRAND Q, INC., a California corporation,

    Plaintiff,

v.

ALL ABOUT UNIFORMS, INC.,
a Colorado corporation doing business as "Best Tuxedo";
SVETLANA KURASHOVA, individual, DOES 2-10,

    Defendants.

**STIPULATION TO EXTEND DEFENDANT SVETLANA KURASHOVA'S TIME TO FILE RESPONSE TO PLAINTIFF'S AMENDED COMPLAINT PURSUANT TO D.C.COLO.LCIVR 6.1(A)**

    Pursuant to D.C.COLO.LCIVR 6.1(A), the parties in the above-captioned case (the "Litigation") hereby stipulate and agree, pursuant to Federal Rule of Civil Procedure 6(b) and D.C.Colo.LCivR 6.1(a), to a 7-day extension of time for Defendant Svetlana Kurashova, individual, ("Defendant Kurashova") to file her response to Plaintiff's Amended Complaint (Dkt. 69) to and including November 14, 2024. AS GROUNDS THEREFORE, Defendant Kurashova states:

    1.    Plaintiff filed its Amended Complaint on Defendant Kurashova on August 19, 2024. (Dkt. 69).

    2.    Plaintiff served its Amended Complaint on Defendant Kurashova on October 17, 2024, making the deadline for Defendant Kurashova to respond to Plaintiff's Amended

1

Complaint on Thursday, November 7, 2024. (Dkt. 74).

3. Pursuant to D.C.Colo.LCivR 6.1(a), the parties have stipulated to extend Defendant Kurashova's response date to Plaintiff's Amended Complaint to and including November 14, 2024.

4. To date, Defendant Kurashova has not previously requested any extensions of time in the Litigation.

5. A copy of this Stipulation will be provided to the parties in accordance with Local Civil Rule 6.1(c).

Dated November 7, 2024

Respectfully submitted,

/s/ Stephen M. Doniger
Stephen M. Doniger
Kelsey M. Schultz
DONIGER/BURROUGHS
603 Rose Avenue
Venice, California 90291
 (310) 590-1820

*Attorneys for Plaintiff*

/s/Jeanette M. Braun
Jeanette M. Braun
BRAUN IP LAW, LLC
1600 W. Lake Street
Suite 103B
Addison, IL 60101
(312) 373-0330

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of November, 2024, I filed a true and correct copy of the foregoing document via CM/ECF, which will generate notice by electronic mail to all counsel who have appeared via CM/ECF.

*/s/ Jeanette M. Braun*

Jeanette M. Braun