# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01423-WJM-MDB

BRAND Q, INC., a California corporation,

    Plaintiff,

v.

ALL ABOUT UNIFORMS, INC.,
d/b/a "Best Tuxedo"; and
DOES 1-10,

    Defendants.

## UNOPPOSED MOTION TO MODIFY SCHEDULING ORDER

Plaintiff Brand Q, Inc. ("Plaintiff" or "Brand Q") hereby moves the Court to modify the scheduled dates set forth in the Scheduling Order of August 2, 2024 [Dkt. 62].

1. New counsel of record appeared on behalf of defendants on February 15, 2025. [Dkt. 82].

2. Plaintiff will shortly file a notice of withdrawal of counsel Kelsey Schultz and a notice of appearance for David Shein.

3. Counsel for both parties have since been diligently working on discovery in this litigation, but believe additional time is needed to complete discovery.

4. It would serve the interests of justice and judicial economy if this Court granted additional time for fact discovery, and correspondingly extend the deadlines for the designation of experts, filing of dispositive motions and for the Final Pre-Trial Conference.

1

5. Accordingly, subject to Court approval, Plaintiffs hereby submit this unopposed motion to modify the following dates by approximately 90 days as follows:

| *Deadline* | *Current Dates* | *New Dates* |
| --- | --- | --- |
| Fact Discovery Cut-off: | April 24, 2025 | July 23, 2025 |
| Expert Discovery Cut-off: | June 7, 2025 | September 5, 2025 |
| Dispositive Motions Deadline: | July 22, 2025 | October 20, 2025 |
| Designate experts: | March 24, 2025 | June 23, 2025 |
| Designate rebuttal experts: | April 28, 2025 | July 28, 2025 |
| Final Pre-Trial Conference: | September 9, 2025 (10:00 a.m.) | December 8, 2025 |

6. Good cause exists for amending the scheduling order, as the trial is not imminent (there is no trial date set), the amendment is not opposed, and the amendment will not prejudice either party. *Spacecon Specialty Contractors, LLC v. Bensinger*, No. 09-cv-02080-REB-KLM, 2010 WL 4823056, at *1 (D. Colo. Nov. 15, 2010) (citing *Smith v. United States*, 834 F.2d 166, 169 (10th Cir. 1987)). The parties have been diligent in seeking discovery, and this extension is intended to promote judicial efficiency and prevent the parties from being prejudiced.

7. The scheduled dates have not been previously modified.

8. Pursuant to D.C.COLO.L.CivR 7.1(a), counsel for Plaintiff conferred with counsel for Defendants regarding the subject matter of this Request. Defendants consent to the relief requested herein. Accordingly, this motion is unopposed.

9. In accordance with D.C.COLO.LCivR 6.1(c), a copy of this Motion is being provided contemporaneously to Defendants and Plaintiff by their respective counsel.

Respectfully submitted on March 4, 2025.

THOMAS P. HOWARD, LLC

*s/ James Juo*

James Juo
842 W South Boulder Rd., Suite 100
Louisville, CO 80027
Telephone: (303) 665-9845
Email: jjuo@thowardlaw.com

*Attorneys for Plaintiff*

3